IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PROTECTIVE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff/ Counterclaim Defendant, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-00297-KD-M |
| | ) |
| PHILLIP PLASSE, | ) |
| | ) |
| Defendant/Counterclaimant. | ) |

## JUDGMENT

Pursuant to the Order issued this date, it is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Plaintiff Protective Insurance Company and against Defendant Phillip Plasse as to Protective's claims; and JUDGMENT is entered in favor of Protective and against Plasse as to Plasse's counterclaims.

Accordingly, DECLARATORY JUDGMENT is entered in favor of Protective as follows:

That Plasse is not entitled to Uninsured Motorist or Underinsured Motorist coverage; and

That Plasse is not entitled to Florida Personal Injury Protection coverage.

DONE and ORDERED this 11th day of August 2014.

                                                                  s / Kristi K. DuBose
                                                                  **KRISTI K. DuBOSE**
                                                                  **UNITED STATES DISTRICT JUDGE**